UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LARRY BOND,                                                                      Plaintiff,

v.                                                          Civil Action No. 3:24-cv-258-DJH-RSE

FORD MOTOR COMPANY,                                                           Defendant.

* * * * *

## ORDER

Plaintiff Larry Bond sued Defendant Ford Motor Company, asserting failure to accommodate under Kentucky law.  (Docket No. 1-1)  Bond's attorney moved to withdraw as counsel of record due to Bond's failure to communicate and provide responsive documents to Ford Motor's discovery requests.  (D.N. 21)  U.S. Magistrate Judge Regina S. Edwards granted the motion and ordered Bond to notify the Court of "his intention to retain new counsel or proceed pro se in this matter within thirty (30) days."  (D.N. 23 (emphasis omitted))  After Bond failed to comply, Judge Edwards gave Bond an additional fourteen days to do so.  (D.N. 24)  The Court mailed both Orders to Bond, but they were returned as undeliverable.  (D.N. 25; D.N. 26)  Bond again failed to comply with Judge Edwards's order.  (D.N. 27)  Judge Edwards subsequently scheduled an in-person show-cause hearing, warning that she would recommend "dismissal of this case for failure to prosecute" if Bond failed to appear.  (D.N. 27)  Bond failed to attend the hearing.  (D.N. 30)  As a result, Judge Edwards issued a Report and Recommendation on May 12, 2025, recommending that this case be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  (*Id.*, PageID.71)  The time for objections to Judge Edwards's recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C).

1

Because no party has objected to the Report and Recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and finds no error in Judge Edwards's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The Report and Recommendation of U.S. Magistrate Judge Regina S. Edwards (D.N. 30) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)    This matter is **DISMISSED** with prejudice for failure to prosecute.  A separate Judgment will be entered this date.

June 13, 2025

**David J. Hale, Judge**
**United States District Court**